**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.200.228.117**

**ISP:** Comcast Cable
**Physical Location:** Greenbelt, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/14/2018 20:48:00 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 04/14/2018 20:41:57 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 04/14/2018 20:36:40 | 29796B5A62224484FB829BF3B84DDB3E02CE4F71 | Would You Fuck My Girlfriend |
| 09/03/2017 18:39:04 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

MD691